## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEVAN WILSON,

       **Plaintiff,**

v.

       **Case No. 24-CV-01567-SPM**

HI-TECH STL LOGISTICS, INC.,

       **Defendant.**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

       **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's

Order of June 24, 2025 (Doc. 36), this matter is **DISMISSED with prejudice**.

**DATED: June 24, 2025**

                **MONICA A. STUMP,**
                **Clerk of Court**


                **By:** *s/ Jackie Muckensturm*
                  **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
         **STEPHEN P. MCGLYNN**
         **U.S. District Judge**